United States District Court
Southern District of Texas
**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SOSLAN KULUMBEGOV | § | |
|     "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00306 |
| WARDEN, Port Isabel Service Detention | § | |
| Center, *et al.,* | § | |
|     "Respondents." | § | |

## ORDER

Before the Court is "Petitioner's Motion for Temporary Restraining Order" (Dkt. No. 6) ("TRO"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the TRO no later than 14 days after service of the TRO upon Respondents.

The Clerk of the Court is **DIRECTED** to deliver copies of the TRO (Dkt. No. 6) and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

Signed on  April 6, 2026.

_____
Rolando Olvera
United States District Judge