United States District Court
Southern District of Texas

**ENTERED**

May 14, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **SOSLAN KULUMBEGOV,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-306** |
| | § | |
| **WARDEN OF PORT ISABEL** | § | |
| **DETENTION CENTER,** in his/her | § | |
| official capacity, *et al.*, | | |
| Respondents. | | |

## ORDER

On April 16, 2026, the undersigned issued a Report and Recommendation, recommending Petitioner Soslan Kulumbegov's "Petition for Writ of Habeas Corpus" ("§ 2241 Petition") be dismissed without prejudice. Dkt. No. 8.

As a basis its Report and Recommendation, the undersigned determined that Kulumbegov had not waived his right to appeal the immigration judge's ("IJ's") October 8 Order of Removal. Dkt. No. 8 at 5 n. 1. The Court, then, found that Kulumbegov had not been detained longer than the 180-day window under which his detention to effectuate his removal is presumptively reasonable. *Id.* at 5 (citing *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001)*).*

Kulumbegov, through counsel, timely filed objections to the Report and Recommendation. Dkt. No. 12. In his objections, Kulumbegov notes that he waived his appeal to the IJ's October 8 Order of Removal. Dkt. No. 12 at 2–3; Dkt. No. 1-4 at 5. Therefore, Kulumbegov's Order of Removal became final on October 8, 2025, which means he has been held past the 180-day window.

After a review of the objections filed, and consideration of Kulumbegov's waiver of appeal as referenced herein, the undersigned now acts promptly and hereby **WITHDRAWS** the April 16, 2026 Report and Recommendation. Dkt. No. 8.

**SO ORDERED.**

**SIGNED** on this **14th** day of **May, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**