United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SOSLAN KULUMBEGOV,<br>"Petitioner,"<br><br>v.<br><br>WARDEN OF PORT ISABEL DETENTION CENTER, *et al.*,<br>*in their official capacities*,<br>"Respondents." | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-00306 |

**ORDER**

Before the Court are Petitioner's "Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition"); Respondents' "Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 9) ("MSJ"); and "Petitioner's Voluntary Motion to Dismiss Petition for Writ of Habeas Corpus" (Dkt. No. 14) ("Motion").

By his Motion, Petitioner seeks to voluntarily dismiss the Petition pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 14 at 1. Because Respondents filed their MSJ before Petitioner filed his Motion, *see* Dkt. Nos. 9 & 14, the Court considers Petitioner's request under Federal Rule of Civil Procedure 41(a)(2) ("Rule 41(a)(2)").

After an adverse party has served an answer or motion for summary judgment, Rule 41(a)(2) permits an action to be "dismissed at the [petitioner's] request only by court order, on terms that the court considers proper." FED. R. CIV. P. 41(a)(2). Motions for voluntary dismissal should generally be granted absent plain legal prejudice to the nonmovant or evidence of abuse by the movant. *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002).

Because the request is unopposed[1], and the Court otherwise finds no evidence of abuse by Petitioner or plain legal prejudice to Respondents, Petitioner's Motion (Dkt. No. 14) is **GRANTED**. The Petition (Dkt. No. 1) is hereby **DISMISSED without prejudice**. Respondents' MSJ (Dkt. No. 9) and "Petitioner's Motion for Temporary Restraining Order" (Dkt. No. 6) are **DENIED as moot**. Further, because the "Magistrate Judge's Report and Recommendation" (Dkt. No. 8) has been withdrawn, *see* Dkt. No. 13, "Petitioner's Objections to the Magistrate Judge's Report and Recommendation" (Dkt. No. 12) are **OVERRULED as moot**. The Clerk of Court is **INSTRUCTED** to close this case.

SIGNED this September 25, 2026

Rolando Olvera
United States District Judge

[1] Under Local Rule 6(C), Respondents' failure to respond to the Motion deems it unopposed.